**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-191 |
| v. | JUDGE Sargus |
| SHAQUANDA RAESHEENA CASTLIN, | **INFORMATION** |
| Defendant. | 18 U.S.C. § 1344(2) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**[Bank Fraud]**

Beginning in or about June 2023, and continuing up to and including July 11, 2023, in the Southern District of Ohio, the defendant, **SHAQUANDA RAESHEENA CASTLIN**, did knowingly execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, Wright Patt Credit Union, a financial institution whose deposits were then insured by the National Credit Union Administration, by means of materially false and fraudulent pretenses, representations, and promises.

In violation of Title 18, United States Code, Sections 1344(2).

DOMINICK S. GERACE II
United States Attorney
Southern District of Ohio

SHEILA G. LAFFERTY
Assistant United States Attorney